UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case No. 3:24-cv-00636-FDW-SCR

| | |
|---|---|
| MARY ROBIN AND RUSSELL FINCHAM III, Co-Administratrix of the Estate of Russell Meade Fincham IV,<br><br>Plaintiffs,<br><br>v.<br><br>GARRY MCFADDEN, et al.,<br><br>Defendants. | **AMENDED CERTIFICATE OF COMPLIANCE** |

In accordance with LCvR 7.1(d) and Judge Whitney's Standing Order Governing Civil Case Management, Rule 3(b)(iv), the undersigned certifies that Defendant Mecklenburg County's Memorandum of Law in Support of its Motion to Dismiss Plaintiffs' Amended Complaint (Doc. 51) is presented in 12-point Times New Roman font and is less than 4,500 words.

Respectfully submitted, this the 16th day of January, 2025.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/Michael A. Ingersoll*
Richard L. Rainey (NCSB No. 14278)
Michael A. Ingersoll (NCSB No. 52217)
301 S. College Street, Ste. 3500
Charlotte, North Carolina 28202
Telephone No. (704) 331-4900
E-mail: Richard.Rainey@wbd-us.com
E-mail: Mike.Ingersoll@wbd-us.com

*Counsel for Defendant Mecklenburg County*