UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00636-FDW-SCR

| RUSSELL FINCHAM III, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| GARRY L. MCFADDEN et al, | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Joint Motion to Briefly Stay Action as to Defendant, H.I.G. Capital, LLC and Motion to Extend Time to Respond to First Amended Complaint. (Doc. No. 78.) Also before the Court are the motions to dismiss filed by Defendants Samantha Elliott-McLaren, Tracellar Smith, Indrea Warren, Wellpath, LLC, (Doc. No. 48), Mecklenburg County, (Doc. No. 50), and C. Englert, (Doc. No. 68). Finally, the Court *sua sponte* considers the status of this case.

Until recently, this matter was stayed pending proceedings in the U.S. Bankruptcy Court for the Southern District of Texas. (See Doc. Nos. 71, 72, 75, 76, 77, 79.) Those proceedings concluded recently, and several of the parties filed a Notice of Discharge and Injunction indicating that the Bankruptcy Court issued a permanent injunction as to several of the defendants. (Doc. No. 81.)

As to the request for stay and extension of time, H.I.G. Capital, LLC's motion is granted. Similarly, the Court will require the other parties to file briefing regarding the status of this matter, including how the Bankruptcy Court's Order affects Plaintiffs' claims.

**IT IS THEREFORE ORDERED** that the Motion to Stay and Extend Time to Respond, (Doc. No. 78), is **GRANTED**. This action is stayed as to Defendant H.I.G. only, subject to further order of the Court. During the stay: (1) H.I.G. shall not be required to answer or otherwise plead in response to the Plaintiff's First Amended Complaint or any other amendments that may be sought; (2) H.I.G. shall not be required to respond to any discovery requests from any party; and (3) H.I.G. shall be excused from participating in any scheduling conferences. H.I.G. shall promptly notify this Court if the United States Bankruptcy Court for the Southern District of Texas, Houston Division rules upon any Omnibus Motion to Enforce Bankruptcy Settlement Orders in Case No. 24-90563. If the Bankruptcy Court denies the Omnibus Motion, H.I.G. shall answer or otherwise plead in response to the Plaintiff's First Amended Complaint (or any other amended complaint) within twenty-one days (21) from entry of order denying the Omnibus Motion.

**IT IS FURTHER ORDERED** that all other Defendants must file briefing addressing the status of this matter by October 24, 2025. Plaintiffs may file responses by November 14, 2025.

**IT IS FURTHER ORDERED** that the Motions to Dismiss, (Doc. Nos. 48, 50, 68), are **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: September 22, 2025

_____
Frank D. Whitney
Senior United States District Judge