UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case No. 3:24-cv-00636-FDW-SCR

| | |
|---|---|
| MARY ROBIN AND RUSSELL FINCHAM III, Co-Administratrix of the Estate of Russell Meade Fincham IV,<br><br>Plaintiffs,<br><br>v.<br><br>GARRY MCFADDEN, et al.,<br><br>Defendants. | **MECKLENBURG COUNTY'S SECOND MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

NOW COMES Defendant Mecklenburg County, through undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), and moves for dismissal of Plaintiffs' First Amended Complaint, (Doc. 34), with prejudice for failure to state a claim upon which relief may be granted. This Motion is based upon the Court file, the records in this action, the accompanying memorandum of law, and upon such additional evidence which may be presented at or before any hearing which may be set by the Court.

Respectfully submitted, this the 24th day of October, 2025.

**WOMBLE BOND DICKINSON (US) LLP**

/s/Michael A. Ingersoll
Richard L. Rainey (NCSB No. 14278)
Michael A. Ingersoll (NCSB No. 52217)
301 S. College Street, Ste. 3500
Charlotte, North Carolina 28202
Telephone No. (704) 331-4900
E-mail: Richard.Rainey@wbd-us.com
E-mail: Mike.Ingersoll@wbd-us.com

*Counsel for Defendant Mecklenburg County*