UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No.: 3:24-cv-000636

| | |
|---|---|
| MARY ROBIN AND RUSSELL FINCHAM III, Co-Administrators of the Estate of Russell Meade Fincham IV,<br><br>Plaintiffs,<br><br>v.<br><br>GARRY MCFADDEN, in his official capacity as Sheriff of Mecklenburg County and individually; MECKLENBURG COUNTY; PLATTE RIVER INSURANCE, as surety for the Sheriff; CORTINA KING, in her official and individual capacity, COBIYAN FETHERSON, in his official and individual capacity, Defendant CHINAETTA FLEMING, in her official and individual capacity; WELLPATH, LLC; CASEY JANE ENGLERT, R.N.; SAMANTHA ELLIOTT-MCLAREN, R.N., TRACELLAR SMITH, R.N., INDREA WARREN, R.N., DANIEL T. BIONDI, M.D., LOUIS ELAM HALLMAN and H.I.G. CAPITAL, LLC,<br><br>Defendants. | NOTICE OF DISMISSAL OF H.I.G. CAPITAL, LLC<br>PURSUANT TO FED. R. CIV. P. 41(a) |

Plaintiffs, Mary Robin and Russell Fincham III, Co-Administrators of the Estate of Russell Meade Fincham IV, by and through their undersigned counsel, hereby give notice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that this action is dismissed with prejudice as to Defendant H.I.G. Capital, LLC only.

Each party shall bear its own attorneys' fees and costs.

Respectfully submitted this 8th day of January 2026.

**BY:**

*/s/ Ronard Dixon, Jr.*
Ronard Dixon, Jr. (NCSB: 49661)
**Hall and Dixon, PLLC**
725 East Trade Street Suite 115
Charlotte, NC, 28202
T: (704) 993-6825
F: (704) 413-3882
rcdixon@halldixonlaw.com

*/s/ M. Anthony Burts II*
M. Anthony Burts II (NCSB: 49878)
**Burts Law, PLLC**
P.O. Box 102
Newton, NC 28658
T: (704) 751-0455
F: (704) 413-3882
anthony@burtslaw.com

*/s/ Micheal L. Littlejohn, Jr.*
Micheal L. Littlejohn, Jr. (NCSB: 49353)
**Littlejohn Law, PLLC**
227 W. Fourth Street,
Charlotte, NC, 28202
T: (704) 322-4581
F: (704) 625-9396
mll@littlejohn-law.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such to the following:

Sean F. Perrin
Womble Bond Dickinson (US) LLP
sean.perrin@wbd-us.com

*Counsel for Defendants Garry L. McFadden, Platte River Insurance, Cortina King, Cobiyan Fetherson, and Chinaetta Fleming*

Jennifer Bryant Milak
Megan N. Silver
Teague, Campbell, Dennis & Gorham LLP
jmilak@teaguecampbell.com
msilver@teaguecampbell.com

*Counsel for Defendants Wellpath, LLC, Samantha Elliott-McLaren, Tracellar Smith, and Indrea Warren*

Taylor T. Haywood
Akerman, LLP
taylor.haywood@akerman.com

*Counsel for Defendant, H.I.G Capital, LLC*

Patrick Houghton Flanagan
Cranfill, Sumner & Hartzog, L.L.P.
phf@cshlaw.com

*Counsel for Daniel T. Biondi*

Richard Lee Rainey
Michael Anthony Ingersoll
Womble Bond Dickinson (US) LLP
richard.rainey@wbd-us.com
mike.ingersoll@wbd-us.com

*Counsel for Defendant Mecklenburg County*

Heather Call Fuller
Sara R. Lincoln
Lincoln Derr, PLLC
heather.fuller@lincolnderr.com
sara.lincoln@LincolnDerr.com

*Counsel for Defendant Casey Jane Englert*