# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### Case No.: 3:24-cv-000636

MARY ROBIN AND RUSSELL FINCHAM III, Co-Administrators of the Estate of Russell Meade Fincham IV,

    Plaintiffs,

v.

GARRY MCFADDEN, in his official capacity as Sheriff of Mecklenburg County and individually; MECKLENBURG COUNTY; PLATTE RIVER INSURANCE, as surety for the Sheriff; CORTINA KING, in her official and individual capacity, COBIYAN FETHERSON, in his official and individual capacity, Defendant CHINAETTA FLEMING, in her official and individual capacity; WELLPATH, LLC; CASEY JANE ENGLERT, R.N.; SAMANTHA ELLIOTT-MCLAREN, R.N., TRACELLAR SMITH, R.N., INDREA WARREN, R.N., DANIEL T. BIONDI, M.D., LOUIS ELAM HALLMAN and H.I.G. CAPITAL, LLC,

    Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE OF H.I.G. CAPITAL, LLC PURSUANT TO FED. R. CIV. P. 41**

Plaintiffs, Mary Robin and Russell Fincham III, Co-Administrators of the Estate of Russell Meade Fincham IV, by and through their undersigned counsel, and Defendant, H.I.G. Capital, LLC, by and through their undersigned counsel each stipulate, pursuant to Rule 41 of the Federal Rules of Civil Procedure, to the mutual and voluntary dismissal with prejudice of this action as to Defendant H.I.G. Capital, LLC only. Each party shall bear its own attorneys' fees and costs.

1

Respectfully submitted this 10th day of March, 2026.

BY:

*/s/ Ronard Dixon, Jr.*
Ronard Dixon, Jr. (NCSB: 49661)
**Hall and Dixon, PLLC**
725 East Trade Street Suite 115
Charlotte, NC, 28202
T: (704) 993-6825
F: (704) 413-3882
rcdixon@halldixonlaw.com

*/s/ M. Anthony Burts II*
M. Anthony Burts II (NCSB: 49878)
**Burts Law, PLLC**
P.O. Box 102
Newton, NC 28658
T: (704) 751-0455
F: (704) 413-3882
anthony@burtslaw.com

*/s/ Micheal L. Littlejohn, Jr.*
Micheal L. Littlejohn, Jr. (NCSB: 49353)
**Littlejohn Law, PLLC**
227 W. Fourth Street,
Charlotte, NC, 28202
T: (704) 322-4581
F: (704) 625-9396
mll@littlejohn-law.com

*Counsel for Plaintiffs*

*/s/ Taylor T. Haywood*
Taylor T. Haywood
**Akerman, LLP**
1900 Sixteenth Street
Suite 950
Denver, CO 8020
taylor.haywood@akerman.com

*Counsel for Defendant, H.I.G Capital, LLC*

2

*/s/ Sean F. Perrin*
Sean F. Perrin
**Womble Bond Dickinson (US) LLP**
301 South College Street
Suite 3500
Charlotte, NC 28202
sean.perrin@wbd-us.com

*Counsel for Defendants Garry L. McFadden, Platte River Insurance, Cortina King, Cobiyan Fetherson, and Chineatta Fleming*

*/s/ Richard Lee Rainey*
Richard Lee Rainey
**Womble Bond Dickinson (US) LLP**
301 South College Street
Suite 3500
Charlotte, NC 28202
richard.rainey@wbd-us.com

*Counsel for Defendant Mecklenburg County*

*/s/ Jennifer Bryant Milak*
Jennifer Bryant Milak
**Teague Campbell Dennis & Gorham, LLP**
414 Parklake Avenue
Suite 600
Raleigh, NC 27612
jmilak@teaguecampbell.com

*Counsel for Defendant Wellpath, LLC; Samantha Elliot-McLaren; Tracellar Smith; Indrea Warren; and Louis Elam Hallman*

*/s/ Heather Call Fuller*
Heather Call Fuller
**Lincoln Derr**
5925 Carnegie Boulevard
Suite 350
Charlotte, NC 28209
heather.fuller@lincolnderr.com

*Counsel for Defendant Case Jane Englert*

3

*/s/ Patrick Houghton Flanagan*
Patrick Houghton Flanagan
**Cranfill, Sumner & Hartzog, L.L.P**
2907 Providence Road
Suite 200
Charlotte, NC 28211
phf@cshlaw.com

*Counsel for Defendant Daniel T. Biondi*

4

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such to all counsel of record.